

# NUMBER 13-11-00511-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**RENE MARIO CONTRERAS A/K/A RENE CONTRERAS,**  Appellant,

**v.**

**THE STATE OF TEXAS,**  Appellee.

### On Appeal from the 156th District Court
### of Bee County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Rene Mario Contreras a/k/a Rene Contreras, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for

rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of October, 2011.